■ PAUL H. FLAGG, an Infant, by PAUL M. FLAGG, His Guardian ad Litem, Respondent, et al., Plaintiff, v. BESSIE LEVY, Individually and as Trustee under the Will of HANNULA T. LEVY, Deceased, Appellant.— Judgment of the Supreme Court, Westchester County, dated March 22, 1966, modified, on the law, by (1) striking out so much of the decretal provision as is against defendant in her capacity of trustee and (2) providing, in lieu thereof, that the complaint is dismissed as to her in that capacity, without costs. As so modified, judgment affirmed, with costs to respondent against defendant in her individual capacity (*Kirchner* v. *Muller*, 280 N. Y. 23). The findings of fact below are affirmed. Beldock, P. J., Ughetta, Brennan, Hopkins and Munder, JJ., concur.

■ PAULA GREENBERG, Respondent, v. MARTIN GREENBERG, Appellant.— Order of the Supreme Court, Nassau County, dated November 17, 1966, modified, on the law and the facts, by (1) granting defendant's motion to the extent of amending the judgment of divorce so that the direction for support payments shall be only for plaintiff's support and (2) reducing the amount of the support payments from $75 a week to $50 a week. As so modified, order affirmed insofar as appealed from, without costs. Findings of fact below which are inconsistent herewith are reversed and new findings are made as indicated herein. Defendant's obligation to support his child, absent exceptional circumstances, terminated when the child attained his majority (*Sloan* v. *Sloan*, 286 App. Div. 1102). The fact that the son is pursuing post-graduate work is not an unusual circumstance (*Halsted* v. *Halsted*, 228 App. Div. 298). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ GEORGE GROSS, Appellant, v. JEROME LEVY, Respondent.— Order of the Supreme Court, Nassau County, dated December 28, 1966, affirmed, with $30 costs and disbursements. In our opinion, defendant's opposing affidavit raises a triable issue of fact as to his alleged negligence. Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.